# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                            **CASE NO.**   19-CR-10124-EFM

**TAYLER PARSONS,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY ALLEGES**:

### Count One

**21 U.S.C. § 843(a)(3)**
**(Acquiring or Obtaining Controlled Substances by Deception)**

Beginning on or about January 28, 2019, and continuing through April 22, 2019, in the District of Kansas, the defendant,

**TAYLER PARSONS,**

knowingly and intentionally acquired and obtained possession of fentanyl, a controlled substance, by deception, subterfuge and misrepresentation, in violation of Title 21, United States Code, Section 843(a)(3).

## Forfeiture Notice

As a result of committing the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853 all property used or intended to be used to facilitate the commission of Count One, including but not limited to the following:

    A.    Kansas Board of Pharmacy Technician registration number 14-107743.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

| | |
|---|---|
| September 4, 2019 | s/Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**